United States District Court
Southern District of Texas
**ENTERED**
April 09, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARY LOU ONG, | § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action No. H-19-721 |
| SJ MEDICAL CENTER, LLC, *d/b/a* St. Joseph Medical Center, | § § § § | |
| Defendant. | § § | |

## ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Document No. 14). Having considered the motion, submissions, and applicable law, the Court finds genuine issues of material fact preclude summary judgment. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion for Summary Judgment (Document No. 14) is **DENIED**.

SIGNED at Houston, Texas, on this ___8___ day of April, 2020.

DAVID HITTNER
United States District Judge